**In the Matter of KCP & L GREATER MISSOURI OPERATIONS COMPANY'S REQUEST FOR AUTHORITY TO IMPLEMENT A GENERAL RATE INCREASE FOR ELECTRIC SERVICE; Missouri Public Service Commission, Appellant–Respondent,**

v.

**Missouri Energy Consumers' Group, Respondent–Appellant,**

**Office of Public Counsel, Respondent,**

**Missouri Public Service Commission, Respondent,**

**Dogwood Energy, Inc.; and, Respondent,**

**Union Electric d/b/a Ameren Missouri, Respondent.**

**Nos. WD 76166, WD 76167.**

Missouri Court of Appeals, Western District.

March 4, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 2014.

Application for Transfer Denied June 24, 2014.

Karl Zobrist, Kansas City, MO, Counsel for Appellant–Respondent.

Lisa Gilbreath, Roger Steiner, Heather Humphrey, Kansas City, MO, James Fischer, Charles Hatfield, Jefferson City, MO, Co–Counsel for Appellant–Respondent.

Nathan Williams, Jefferson City, MO, Counsel for Respondent, Public Service.

Jennifer Heintz, Jefferson City, MO, Co–Counsel for Respondent, Public Service.

Lewis Mills, Jr., Jefferson City, MO, Counsel for Respondent, Public Counsel.

Carl Lumley, St. Louis, MO, Counsel for Respondent, Dogwood.

James Lowery, Columbia, MO, Counsel for Respondent, Union Electric.

Before Division One: ALOK AHUJA, P.J., THOMAS H. NEWTON, and ANTHONY R. GABBERT, JJ.

### ORDER

PER CURIAM:

KCP & L Greater Missouri Operations Company and Missouri Energy Consumers' Group appeal the decisions of the Public Service Commission.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).